**Order entered April 23, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01149-CR

### FERMIN DOMINGUEZ HERRERA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 067953**

## ORDER

Appellant's April 18, 2019 third motion to extend the time to file appellant's brief is before the Court. Appellant contends an additional extension of time is required because the presentence investigation report is not included in the clerk's record and appellant needs to cite to the PSI report in appellant's brief. We also consider the unique circumstances appellant's counsel has previously cited to us in this case.

The Court **GRANTS** appellant's motion and **ORDERS** the Grayson County District Clerk to file, with **FOURTEEN DAYS** of the date of this order, a supplemental clerk's record containing the presentence investigation report in this case.

Appellant is **ORDERED** to file his brief on or before **May 23, 2019**. If appellant's brief is not filed by May 23, 2019, this appeal may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

We **DIRECT** the Clerk to transmit a copy of this order, by electronic transmission, to the Grayson County District Clerk and counsel for all parties.

/s/　　CORY L. CARLYLE
　　　　JUSTICE